UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>      v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>      Defendant. | Civil Action No. 24-1031 (DLF) |

## ANSWER

Defendant, Board of Governors of the Federal Reserve System ("Board" or "Defendant"), respectfully submits the following answer to Plaintiff's Complaint. ECF No. 1. Defendant reserves its right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving raise to the Complaint become known to Defendant through the course of the litigation.

## RESPONSES

Defendant responds below to the separately numbered paragraphs and requested relief contained in the Complaint. To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

Defendant responds to the Complaint in like numbered paragraphs as follows:

## COMPLAINT

The prefatory Paragraph consists of Plaintiff's characterization of this action to which no response is required. To the extent a response is required, Defendant admits that Plaintiff has filed this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and that the Complaint seeks to compel production of records in response to a FOIA request to Defendant. Defendant denies any remaining allegations.

## JURISDICTION AND VENUE[1]

1. Paragraph 1 states a legal conclusion to which no response is required. To the extent that a response is required, Defendant admits that 5 U.S.C. § 552(a)(4)(B) provides this Court with jurisdiction over FOIA actions, as limited by the relief available under FOIA and applicable law.

2. Paragraph 2 states a legal conclusion to which no response is required. To the extent a response is required, Defendant admits that venue for a FOIA action is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B).

## PARTIES

3. Paragraph 3 consists of Plaintiff's characterization of itself, its formation and its organizational standing, as to each of which Defendant lacks knowledge or information sufficient to admit or deny the allegations.

4. Defendant admits that it is a U.S. government agency for purposes of FOIA. The last sentence of Paragraph 4 consists of legal conclusions to which no response is required. To the extent a response is required, Defendant admits that it may have records potentially responsive to

---

[1] For ease of reference, Defendant's Answer replicates the headings and titles contained in the Complaint, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

Plaintiff's FOIA Request to Defendant of August 8, 2023, which records Defendant is in the process of reviewing, including records exempt or excluded from disclosure under FOIA. Defendant otherwise denies the allegations of Paragraph 4.

## STATEMENT OF FACTS

5.      Defendant admits that it received an electronic FOIA request with attached letter and attachment from the Plaintiff dated August 8, 2023 (the "Request"), and that that Request included the cited language. Defendant respectfully refers the Court to the Request for a true and accurate statement of its contents and denies any inconsistent allegations therewith.

6.      Defendant admits that it acknowledged receipt of the Request by email dated August 8, 2023, and assigned internal tracking number FOIA-2023-00654 to the Request. Defendant respectfully refers the Court to the written communication for a true and accurate statement of its contents and denies any inconsistent allegations therewith.

7.      Defendant admits that, by email dated February 1, 2024, Plaintiff requested an update on the status of the Request. Defendant respectfully refers the Court to the written communication for a true and accurate statement of its contents and denies any inconsistent allegations therewith.

8.      Defendant admits that, by letter dated February 5, 2024, it informed Plaintiff that it hoped to complete processing of the Request by March 1, 2024. Defendant respectfully refers the Court to the written communication for a true and accurate statement of its contents and denies any inconsistent allegations therewith.

9.      Defendant admits that, as of the date of this Answer, it has not provided Plaintiff a final response to the Request, and otherwise denies the allegations of Paragraph 9.

## COUNT I

10. Defendant repeats and reincorporates its responses to the foregoing Paragraphs.

11. Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12. Paragraph 12 consists of a legal conclusion, to which no response is required. To the extent a response is required, Defendant admits that in this matter Plaintiff is deemed to have exhausted its administrative appeal remedies, and the remaining allegations in Paragraph 12 are denied.

13. Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in Paragraph 14 of the Complaint.

## COUNT II

15. Defendant repeats and reincorporates its responses to the foregoing Paragraphs.

16. Defendant denies the allegations contained in Paragraph 16 of the Complaint.

17. Defendant admits the allegations of the first sentence of Paragraph 17. As for the second sentence of Paragraph 17, Defendant admits that it did not provide Plaintiff a final response to the Request within 20 days. The remaining allegations in the second sentence of Paragraph 17 consists of a legal conclusion, to which no response is required. To the extent a response is required, the remaining allegations of the second sentence of Paragraph 17 are denied.

18. Paragraph 18 consists of a legal conclusion, to which no response is required. To the extent a response is required, the allegations of Paragraph 18 are denied.

## REQUESTED RELIEF

The lettered subparagraphs following the word "WHEREFORE" consist of Plaintiff's request for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief sought or to any relief whatsoever.

Defendant denies all allegations in the Complaint not expressly admitted or denied.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation. In asserting these defenses, Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed upon Plaintiff.

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

### Second Defense

Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

### Third Defense

Plaintiff is not entitled to compel the release of records exempt or excluded from disclosure under FOIA. *See* 5 U.S.C. § 552.

### Fourth Defense

The FOIA Request, in whole or in part, fails to reasonably describe the records requested.

### Fifth Defense

Plaintiff is neither eligible for nor entitled to injunctive relief, declaratory relief, mandamus, attorneys' fees, costs of suit, or any damages or relief whatsoever.

Dated:  May 9, 2024	Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV
D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*