UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>       Plaintiff,<br><br>     v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>       Defendant. | Civil Action No. 24-1031 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's May 30, 2024, Minute Order, Plaintiff Informed Consent Action Network ("ICAN") and Defendant Board of Governors of the Federal Reserve System (the "Board" and together with ICAN, the "Parties") submit this Joint Status Report in this Freedom of Information Act case. ICAN seeks from the Board "emails sent or received by Lael Brainard from January 1, 2020, through July 1, 2020 that contain the term(s) 'CBDC' and/or 'digital currency.'" Compl. ¶ 5.

1. As the Board previously reported, a search identified approximately 167 documents containing about 889 pages of potentially responsive documents. Joint Status Rep. ¶ 1 (May 30, 2024), ECF No. 11. The Board now reports that on July 19, 2024, it made an interim release of records to ICAN.

2. The Parties report that on July 26, 2024, counsel for ICAN notified counsel for the Board that the matter is concluded; counsel for ICAN also transmitted an offer to settle attorney's fees and costs. On July 29, 2024, counsel for ICAN and for the Board conferred via e-mail regarding ICAN's settlement offer.

3. The Board reports that it is evaluating ICAN's offer to settle attorney's fees and costs.

4. The Parties are committed to meeting and conferring in good faith to resolve their differences, if any, without burdening the Court if possible.

5. The Parties propose to file an additional joint status report on or before September 12, 2024, unless prior to that the Parties file a stipulation of dismissal.

| | |
|---|---|
| Dated:  July 31, 2024 | Respectfully submitted, |
| SIRI GLIMSTAD | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| By: /s/ *Allison R. Lucas*<br>ALLISON R. LUCAS<br>D.C. Bar #MI0105<br>220 West Congress Street<br>2nd Floor<br>Detroit, MI 48226<br>(313) 251-9161<br><br>*Attorney for Plaintiff* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:          /s/ *Dimitar P. Georgiev*<br>     DIMITAR P. GEORGIEV, D.C. Bar #1735756<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 815-8654<br><br>*Attorneys for the United States of America* |